## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 28, 2023

Amy Bowers
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 S BISCAYNE BLVD STE 1600
MIAMI, FL 33131

Michael A. Caplan
Caplan Cobb, LLC
75 14TH ST NE STE 2700
ATLANTA, GA 30309

John C. Carey
The Milian Legal Group
1395 BRICKELL AVE STE 800
MIAMI, FL 33131

Nicholas John Doyle
The Milian Legal Group
1395 BRICKELL AVE STE 800
MIAMI, FL 33131

David M. Levine
Levine Kellogg Lehman Schneider Grossman, LLP
100 SE 2ND ST FL 36
MIAMI, FL 33131

Ernesto Miguel Rubi
The Milian Legal Group
1395 BRICKELL AVE STE 800
MIAMI, FL 33131

Timothy Brandon Waddell
Caplan Cobb, LLC
75 14TH ST NE STE 2700
ATLANTA, GA 30309

Appeal Number: 23-13999-D

Case Style:  Rothschild Connected Devices Innovations, LLC v. KO
District Court Docket No:  1:16-cv-01241-TWT

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files **BOTH** (1) a Civil Appeal Statement **AND** (2) a Motion to File Documents Out of Time. See 11th Cir. R. 33-1(a).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAS-3 CAS overdue